Approved.
Case closed.

*s/ Jack Zouhary*
U.S. DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JOSHUA LEWIS, individually and on behalf of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>OMLOR PIZZA, LLC., and MICHAEL V. OMLOR,<br><br>Defendants. | Case No. 3:22-cv-02334<br><br>JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Joshua Lewis, by and through the undersigned counsel and pursuant to F.R.C.P. 41(a)(1)(A)(i), hereby represents that he voluntarily dismisses his claims against OLMOR PIZZA, LLC, and Michael V. Olmor in this action. Accordingly, Plaintiff hereby dismisses his claims against these Defendants in this action without prejudice and with each party to bear its own costs of court and attorneys' fees.

Respectfully submitted,

/s/ Matthew R. McCarley
Matthew R. McCarley
Bar ID Number. 24041426
FORESTER HAYNIE, PLLC
400 N. St. Paul Street Suite 700
Dallas, Texas 75201
(214) 210-2100 phone
(469) 399-1070 fax
mccarley@foresterhaynie.com

**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was electronically served on all counsel of record via the Court's Electronic Filing System.

*/s/ Matthew R. McCarley*
Matthew R. McCarley
